JS-6

1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  FEDERAL TECHNOLOGY SOLUTIONS        CASE NO.: 5:24-cv-00016-WLH-SP
    INC. a California Corporation,

12                                      **ORDER RE THE PARTIES'**
                 Plaintiff,             **STIPULATION TO REMAND [13]**

13
    v.
14

15  TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICAN a
16  Connecticut Corporation,

17               Defendant.

18

19

20

21      On February 16, 2024, Plaintiff Federal Technology Solutions Inc. and Defendant

22  Travelers Property Casualty Company of America ("Travelers") filed a stipulation to

23  remand this matter back to the Riverside County Superior Court pursuant to an agreement

24  between the parties related to the dismissal of Plaintiff's declaratory relief cause of

25  action, as well as a cap on Plaintiff's damages of $75,000 exclusive of *Brandt* fees,

26  interest, and costs.

27      The Court, having considered the Parties' Stipulation and finding good cause

28  therefor, hereby GRANTS the stipulation and **ORDERS** as follows:  This action is

1

1   remanded to the Superior Court of the State of California County of Riverside.  The

2   parties are to bear their own costs and fees in connection with removal and remand.

3

4       **IT IS SO ORDERED.**

5

6    Dated: 2/20/2024

7                                          HON. WESLEY L. HSU
                                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28